**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LINFO IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHUBBIES, INC. <br><br> Defendant. | Civil Action No. 2:24-cv-00711-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Linfo IP, LLC and Defendant Chubbies, Inc. file this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties hereby notify the Court that all matters in controversy between the Parties have been settled, in principle, and request that the Court stay all unreached deadlines in this matter for thirty (30) days.

Date: September 13, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　　　　　　*/s/ Alexander H. Martin*
　　　　　　　　　　　　　　　　　　　　　Neil J. McNabnay
　　　　　　　　　　　　　　　　　　　　　*njm@fr.com*
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24002583
　　　　　　　　　　　　　　　　　　　　　Ricardo Bonilla
　　　　　　　　　　　　　　　　　　　　　*rbonilla@fr.com*
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24082704
　　　　　　　　　　　　　　　　　　　　　Alexander H. Martin
　　　　　　　　　　　　　　　　　　　　　*martin@fr.com*
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24091828
　　　　　　　　　　　　　　　　　　　　　1717 Main Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　　Telephone: (214) 747-5070
　　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 747-2091

　　　　　　　　　　　　　　　　　　　　　***Attorneys for Defendant Chubbies, Inc.***

　　　　　　　　　　　　　　　　　　　　　**Ramey LLP**

　　　　　　　　　　　　　　　　　　　　　*/s/ William P. Ramey, III*
　　　　　　　　　　　　　　　　　　　　　William P. Ramey, III
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24027643
　　　　　　　　　　　　　　　　　　　　　wramey@rameyfirm.com
　　　　　　　　　　　　　　　　　　　　　5020 Montrose Blvd., Suite 800
　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77006
　　　　　　　　　　　　　　　　　　　　　(713) 426-3923 (telephone)


　　　　　　　　　　　　　　　　　　　　　***Attorneys for Linfo IP, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 13, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system on.

                                                */s/ Alexander H. Martin*
                                                Alexander H. Martin