# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LINFO IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHUBBIES, INC. <br><br> Defendant. | Civil Action No. 2:24-cv-00711-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Before the Court is the Joint Motion to Stay all Deadlines and Notice of Settlement filed by Plaintiff Linfo IP, LLC and Defendant Chubbies Inc. After consideration, the Court GRANTS the Parties' Joint Motion.

IT IS THEREFORE ORDERED that all unreached deadlines in this matter are hereby stayed for 30 days to allow the Parties to submit dismissal papers. The Parties shall file the dismissal documents not later than October 14, 2024.